```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO RAVAZZANI,

                Plaintiff,

-against-

SHOP PO, LLC; RUE GILT GROUPE, INC.; SWAPRETAIL, INC. (d/b/a LINZ SHOP); KATHRYN'S COLLECTION INC.; O'CONNELL'S CLOTHING; THE CARRIAGE HOUSE LLC; PAUL SIMON COMPANY; 124 TENTH STREET, LLC (d/b/a THE SOPHIA LUSTIG SHOP); DEBORAH KENT'S, INC.; MOSLEY & COMPANY LLC; C K COLLECTION, INC.; OSMON, URRUTIA LLC; HDHA, LLC (d/b/a THE WARDROBE CONSULTANT); and KAL RIEMAN, INC.,

                Defendants.

24 Civ. 9673 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated December 19, 2024, the Court directed the parties to submit a joint letter and proposed case management plan by February 18, 2025. ECF No. 31. On February 18, at Plaintiff's request, the Court extended the deadline for these submissions to March 4, 2025. ECF No. 38. That deadline has since passed and the submissions are now overdue.

      Accordingly, by **March 26, 2025**, the parties shall file their joint letter and proposed case management plan in accordance with the Court's December 19 order, ECF No. 31.

      SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge