# McCULLOCH | KLEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/2025__

March 24, 2025

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
500 Pearl Street, Room 15D
New York, NY 1007

    Re: *Ravazzani v. Shop PO, LLC, et al.*, 1:24-cv-09673-AT

Judge Torres,

This firm represents Plaintiff Pablo Ravazzani ("Plaintiff") in the above-referenced case. I write to request a 14-day extension of the upcoming deadline to submit a joint letter and proposed case management plan, currently scheduled for March 26, 2025 (*see* ECF No. 43). I have conferred with counsel and/or representatives of Defendants Shop PO, LLC; Rue Guilt Groupe, Inc.; Kathryn's Collection, Inc.; O'Connell's Clothing; Deborah Kent's, Inc.; Mosley & Company LLC; Osmon, Urrutia LLC; DHA, LLC d/b/a The Wardrobe Consultant; SwapRetail, Inc.; 124 Tenth Street, LLC d/b/a The Sophia Lustig Shop; and Kal Rieman, Inc. (together "Defendants"), who do not object to the extension. This is the parties' second request for an extension of this deadline[1], which is necessary given that several defendants' have not yet filed responsive pleadings/answers to the Amended Complaint filed on February 25 or appeared in the case. Four (4) of the defendants' answers are currently due on April 7, 2024.

    GRANTED.  By **April 9, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

    Dated: March 25, 2025
           New York, New York

                                                    ANALISA TORRES
                                                  United States District Judge

---

[1] The Court granted the parties' first extension request (*see* ECF No. 38) and subsequently extended the deadline further after the parties failed to meet the March 4 deadline. This was an oversight for which counsel apologizes.