USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2025_

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO RAVAZZANI,<br><br>*Plaintiff*,<br><br>v.<br><br>SHOP PO, LLC, *et al*.<br><br>*Defendants*. | Civil Case No. 1:24-cv-9673 (AT) |

# ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Substitute, ECF No. 64, it is **ORDERED** that Plaintiff's Motion to Substitute is **GRANTED**. The Clerk of Court is respectfully directed to substitute Same Blue Dress, LLC d/b/a Carriage House for Defendant The Carriage House LLC.

Dated: April 4, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge