```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
PABLO RAVAZZANI,

                          Plaintiff,

        -against-

SHOP PO, LLC; RUE GILT GROUPE,
INC.; SWAPRETAIL, INC. (d/b/a LINZ
SHOP); KATHRYN'S COLLECTION
INC.; O'CONNELL'S CLOTHING; THE
CARRIAGE HOUSE LLC; PAUL
SIMON COMPANY; 124 TENTH
STREET, LLC (d/b/a THE SOPHIA
LUSTIG SHOP); DEBORAH KENT'S,
INC.; MOSLEY & COMPANY LLC;
C K COLLECTION, INC.; OSMON,
URRUTIA LLC; HDHA, LLC (d/b/a
THE WARDROBE CONSULTANT);
and KAL RIEMAN, INC.,

                          Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025
```

24 Civ. 9673 (AT)

**ORDER**

ANALISA TORRES, District Judge:

   There is a Case Management Conference in the above-captioned matter scheduled for Monday, November 17. *See* ECF No. 145. By order dated April 29, 2025, the Court directed the parties "to file a joint status report not later than *one week in advance* of the Case Management Conference. The parties should indicate whether they anticipate filing motion(s) for summary judgment and whether they believe the case should be referred to a Magistrate Judge for settlement discussions." Order at 3, ECF No. 99 (emphasis added). The parties were also reminded that "a pre-motion conference request for any motion for summary judgment must be made within fourteen (14) days of the close of fact discovery." *Id.*

   The Court is not in receipt of a joint status report. The Court has received pre-motion letters for summary judgment from Plaintiff Pablo Ravanzzani and Defendant Kal Reiman, Inc., *see* ECF Nos. 177, 178, 181, 182, as well as Defendant Paul Simon Company's motion for an extension of time to respond to a pre-motion letter, *see* ECF No. 183. The other defendants and cross-claimants have not provided updates to the Court.

   Accordingly, by **November 19, 2025,** the parties shall file the required joint status report, in accordance with the Court's April 29 Order. In addition to the information required by the Court's April 29 Order, the status update shall include an update regarding all crossclaims, including the crossclaims brought by Defendants who have stipulated to a voluntary dismissal of Plaintiff's claims against them.

      The Case Management Conference scheduled for **November 17, 2025**, is hereby ADJOURNED to **November 24, 2025,** at **12:00 p.m.**  Defendant Kal Rieman's letter motion at ECF No. 184 is DENIED as moot.

      SO ORDERED.

Dated: November 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge

2