UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PABLO RAVAZZANI,

|  |  |
|---|---|
| Plaintiff, | |
| -against- | 24 Civ. 9673 (AT) |
| SHOP PO, LLC; RUE GILT GROUPE, INC.; SWAPRETAIL, INC. (d/b/a LINZ SHOP); KATHRYN'S COLLECTION INC.; O'CONNELL'S CLOTHING; SAME BLUE DRESS LLC; PAUL SIMON COMPANY; 124 TENTH STREET, LLC (d/b/a THE SOPHIA LUSTIG SHOP); DEBORAH KENT'S, INC.; MOSLEY & COMPANY LLC; C K COLLECTION, INC.; OSMON, URRUTIA LLC; and KAL RIEMAN, INC., | **ORDER** |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/21/2025

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint status update, ECF No. 190, and Plaintiff Ravazzani and Defendant Kal Rieman's pre-motion letters, ECF Nos. 177, 178, 181, 182. Accordingly:

1. The Court GRANTS Plaintiff and Defendant Kal Rieman leave to file cross-motions for summary judgment.
    a. By **February 2, 2026**, Defendant Kal Rieman shall file its motion for summary judgment.
    b. By **February 23, 2026**, Plaintiff shall file his opposition brief and any cross-motion for summary judgment.
    c. By **March 16, 2026**, Defendant Kal Rieman shall file its reply and opposition to any cross-motion for summary judgment.
    d. By **March 23, 2026**, Plaintiff shall file his reply to any cross-motion for summary judgment.

2. By **December 18, 2026**, any cross-claimant shall (1) dismiss its cross claims, or, shall (2) by that **same date**, file a letter with the Court stating how it plans to proceed on its cross claims and indicating the legal basis for the continued assertion of cross-claims.

3. The case management conference scheduled for November 24, 2025, is ADJOURNED *sine die*.

   SO ORDERED.

Dated: November 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge