UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PABLO RAVAZZANI,

                        Plaintiff,                        **ORDER**

          -against-                      **24-CV-9673 (AT) (JW)**

SHOP PO, LLC *et al.*,

                        Defendant.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before this Court for a settlement conference. During the conference, it became clear that it may be useful for the parties to exchange some documents prior to any subsequent settlement conference. To that end, if the parties wish to have a follow-up settlement conference, they are to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov with mutually agreeable dates at least four weeks out. Any follow-up conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York.

Parties are reminded that the deadlines set in the summary judgment briefing schedule at Dkt. No. 195 are still in effect.

       SO ORDERED.

DATED:     New York, New York
             February 10, 2026

                                   *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                            United States Magistrate Judge