USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO RAVAZZANI,

Plaintiff,

-against-

SHOP PO, LLC, et al.

Defendants.

24 Civ. 9673 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

Cross-Claimants Deborah Kent's, Inc., Osmon, Urrutia LLC, and Mosley & Company LLC continue to have pending cross claims in this action. *See* ECF No. 74 (Deborah Kent's Inc.'s cross claims against all parties); ECF No. 101 (Osmon, Urrutia LLC's cross claim against Defendant Kal Rieman, Inc.); ECF No. 127 (Mosley & Company LLC's cross claim against Defendant Kal Rieman, Inc.).

On November 21, 2025, the Court directed all cross-claimants to either dismiss its cross claims or, by December 18, 2026, file a letter with the Court stating how it plans to proceed on its cross claims and indicating the legal basis for the continued assertion of cross claims. *See* ECF No. 195. The Court intended to provide a December 18, *2025* deadline.

Accordingly, by **September 23, 2026**, Cross-Claimants Deborah Kent's, Inc., Osmon, Urrutia LLC, and Mosley & Company LLC shall each either dismiss its pending cross claim(s) or file a letter with the Court stating how it plans to proceed on its cross claims, including the legal basis for the continued assertion of its cross claims. Failure to respond will result in dismissal of the pending cross claims with prejudice.

SO ORDERED.

Dated: September 16, 2026
New York, New York

ANALISA TORRES
United States District Judge