USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _9/24/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO RAVAZZANI,

Plaintiff,

-against-

SHOP PO, LLC, et al.

Defendants.

24 Civ. 9673 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

By order dated September 16, 2026, the Court directed Cross-Claimants Deborah Kent's, Inc., to either dismiss its pending cross-claim(s) or file a letter with the Court stating how it plans to proceed on its cross-claims, including the legal basis for the continued assertion of its cross-claims. *See* ECF No. 224. The Court advised that failure to respond by September 23, 2026 would result in dismissal of the pending cross-claims with prejudice. *See id.* The Court received no submission from Deborah Kent's Inc. Accordingly, by **September 25, 2026**, Deborah Kent's, Inc. shall comply with the Court's September 16 order, or the Court will dismiss the pending cross-claims with prejudice.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge